# United States Court of Appeals
## For the First Circuit

No. 12-1236

IN RE: REQUEST FROM THE UNITED KINGDOM PURSUANT TO THE TREATY BETWEEN THE GOVERNMENT OF THE UNITED STATES OF AMERICA AND THE GOVERNMENT OF THE UNITED KINGDOM ON MUTUAL ASSISTANCE IN CRIMINAL MATTERS IN THE MATTER OF DOLOURS PRICE,

UNITED STATES OF AMERICA,

Petitioner, Appellee,

v.

TRUSTEES OF BOSTON COLLEGE,

Movant, Appellant.

### JUDGMENT

Entered:  May 31, 2013

      This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

      Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The district court's order denying the motion to quash filed by the Trustees of Boston College and its order to release 85 interviews is affirmed in part and reversed in part.  The order to turn over the following interviews is affirmed as to:  interviews 13 and 14 with "R," interview 7 with "D," interview 4 with "K," interviews 2 and 5 with "A," interview 2 with "S," interview 4 and 10 with "Y" and interviews 11 and 42 with "Z."  The order is reversed as to the other interviews, which need not be released.  The case is hereby remanded for the continuation of the proceedings consistent with the issued this day opinion.  No costs are awarded.

      By the Court:

      /s/ Margaret Carter, Clerk

cc: Hon. William G. Young, Mr. Robert M. Farrell, Acting Clerk, Ms. Chaitowitz, Mr. Cotter, Mr. Dornan, Mr. Kromm,  Ms. McNeil & Mr. Swope.