UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 12-1236

IN RE: REQUEST FROM THE UNITED KINGDOM PURSUANT TO
THE TREATY BETWEEN THE GOVERNMENT OF THE UNITED
STATES OF AMERICA AND THE GOVERNMENT OF THE UNITED
KINGDOM ON MUTUAL ASSISTANCE IN CRIMINAL MATTERS
IN THE MATTER OF DOLOURS PRICE

UNITED STATES OF AMERICA,
Petitioner, Appellee

v.

TRUSTEES OF BOSTON COLLEGE,
Movant, Appellant.

GOVERNMENT'S MOTION TO EXTEND THE TIME
– TO JULY 30, 2013 --
WITHIN WHICH TO FILE A PETITION FOR REHEARING
AND/OR REHEARING *EN BANC*

The United States of America respectfully moves this Court to extend the time in which it must file any petition for rehearing and/or petition for rehearing *en banc* **to July 30, 2013**. In support of this request, the undersigned Assistant U.S. Attorney states the following:

1.     This was the movant's appeal from the district court's orders directing the production of documents pursuant to government subpoenas.

2. On May 31, 2013, the Court affirmed the orders in part and reversed them in part.

3. Pursuant to FRAP 35 and 40, any petition for panel rehearing or petition for rehearing *en banc* is required to be filed within 14 days.

3. The government must obtain approval from the Solicitor General to seek or not to seek *en banc* rehearing. Additional time is needed for this decision to be made, and for the government to prepare any petition.

4. Accordingly, the government requests that this Court extend the time within which it must file any petition for panel rehearing and/or petition for rehearing *en banc* to July 30, 2013.

For these reasons, the government respectfully requests that the Court allow this motion.

                Respectfully submitted,

                CARMEN M. ORTIZ
                United States Attorney

By:   /s/ *Randall E. Kromm*
       RANDALL E. KROMM
       Assistant U.S. Attorney

## Certificate of Service

I, Randall E. Kromm, AUSA, hereby certify that on June 5, 2013, I electronically served a copy of the foregoing document on the following registered participants of the CM/ECF system:

Jeffrey Swope, Esq.
Nicholas A. Soivilien, Esq.
Edwards Wildman Palmer LLP
111 Huntington Ave.
Boston, MA 02199

/s/ *Randall E. Kromm*
RANDALL E. KROMM
Assistant U.S. Attorney