# United States Court of Appeals
## For the First Circuit

No. 12-1236

IN RE: REQUEST FROM THE UNITED KINGDOM PURSUANT TO THE TREATY BETWEEN THE GOVERNMENT OF THE UNITED STATES OF AMERICA AND THE GOVERNMENT OF THE UNITED KINGDOM ON MUTUAL ASSISTANCE IN CRIMINAL MATTERS IN THE MATTER OF DOLOURS PRICE

------------------------------

UNITED STATES

Petitioner - Appellee

v.

TRUSTEES OF BOSTON COLLEGE

Movant - Appellant

**ORDER OF COURT**

Entered: June 6, 2013

The Government's motion for an extension of time to file petition for rehearing is allowed. The petition for rehearing shall be filed on or before *July 30, 2013.*

By the Court:

/s/ Margaret Carter, Clerk

cc:	Jeffrey Swope
	James J. Cotter, III
	Eamonn S. Dornan
	Dina M. Chaitowitz
	Randall E. Kromm
	John T. McNeil