# United States Court of Appeals
## For the First Circuit

No. 12-1236

IN RE: REQUEST FROM THE UNITED KINGDOM PURSUANT TO THE TREATY BETWEEN THE GOVERNMENT OF THE UNITED STATES OF AMERICA AND THE GOVERNMENT OF THE UNITED KINGDOM ON MUTUAL ASSISTANCE IN CRIMINAL MATTERS IN THE MATTER OF DOLOURS PRICE

------------------------------

UNITED STATES

Petitioner - Appellee

v.

TRUSTEES OF BOSTON COLLEGE

Movant - Appellant

Before
Torruella and Thompson,
<u>Circuit Judges</u>.

**ORDER OF COURT**

Entered:  August 8, 2013

The Trustees of Boston College are hereby ordered to respond to the government's Petition for Panel Rehearing within the next 14 days. The response should not exceed 15 pages.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:     Jeffrey Swope
        James J. Cotter, III
        Eamonn S. Dornan
        Dina M. Chaitowitz
        Randall E. Kromm
        John T. McNeil