# United States Court of Appeals
## For the First Circuit

No. 12-1236

IN RE: REQUEST FROM THE UNITED KINGDOM PURSUANT TO THE TREATY BETWEEN THE GOVERNMENT OF THE UNITED STATES OF AMERICA AND THE GOVERNMENT OF THE UNITED KINGDOM ON MUTUAL ASSISTANCE IN CRIMINAL MATTERS IN THE MATTER OF DOLOURS PRICE

-------------------------------

UNITED STATES

Petitioner - Appellee

v.

TRUSTEES OF BOSTON COLLEGE

Movant - Appellant

Before

Torruella, Boudin[*] and Thompson,
<u>Circuit Judges</u>.

ORDER OF COURT

Entered: September 5, 2013

Appellee's Petition for Rehearing is <u>denied</u>.

By the Court:
<u>/s/ Margaret Carter, Clerk</u>

cc:
Jeffrey Swope, James Cotter, III, Eamonn Dornan, Dina Chaitowitz, Randall Kromm, John McNeil

---

[*] Judge Boudin did not participate in the consideration of this matter.